UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZACCO,

    Plaintiff

vs.                    C.A. No. 04-CV-10428-RGS

PETER CARUSO, PETER CARUSO, II,
BEVERLY J. MACLEOD, WILLIAM MACLEOD,
KEITH E. MCDONOUGH, MARY BRANCO,
ALLEN JARASITIS, STEPHEN A. OSTRACH,
WILLIAM E. MELAHN, RICHARD A. MORI,
BIRAN R. MERRICK, MARK S. COVEN,
ROBERT V. GRECO, WILLIAM G. YOUNG,
MARIE BELL, THOMAS REILLY and
MATTHEW Q. BERGE,

    Defendants.

## MOTION OF DEFENDANTS MCDONOUGH, BRANCO, JARASITIS, OSTRACH, MELAHN, MORI, MERRICK, COVEN, GRECO, REILLY AND BERGE TO DISMISS PLAINTIFF'S COMPLAINT

Defendants McDonough, Branco, Jarasitis, Ostrach, Melahn, Mori, Merrick, Coven, Greco, Reilly and Berge (collectively, the "Commonwealth Defendants") move to dismiss Plaintiff's Complaint. As grounds for this motion, defendants Jarasitis, Ostrach, Melahn, Mori, Merrick, Coven and Greco state that they have complete judicial immunity for their judicial acts that fall within their jurisdiction. Defendants McDonough, Branco, Reilly and Berge state that judicial immunity extends to them for acts done at the direction of a judge. Additionally, the Commonwealth Defendants state that under the *Rooker-Feldman* doctrine, this Court is barred from reviewing the final judgments rendered by the Massachusetts state courts against Plaintiff.

WHEREFORE, the Commonwealth Defendants respectfully request that the Court dismiss Plaintiff's Complaint against them. The Commonwealth Defendants submit a memorandum of law in support of this motion.

    Respectfully submitted,

    KEITH E. MCDONOUGH, MARY BRANCO, ALLEN JARASITIS, STEPHEN A. OSTRACH, WILLIAM E. MELAHN, RICHARD A. MORI, BIRAN R. MERRICK, MARK S. COVEN, ROBERT V. GRECO, THOMAS REILLY and MATTHEW Q. BERGE,

    By their attorneys,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    */s/ Sarah M. Joss*
    Sarah M. Joss, BBO # 651856
    Assistant Attorney General
    Trial Division
    200 Portland Street, 3rd Floor
    Boston, MA 02114
    (617) 727-2200 x 3308

Dated: April 12, 2004

## CERTIFICATE OF SERVICE

I, Sarah M. Joss, Assistant Attorney General, hereby certify that I have this day, April 12, 2004, served the foregoing document upon the pro se plaintiff, by mailing a copy, first class, postage prepaid to: Michael J. DiZazzo, 29 Russett Hill Road, Haverhill, MA 01830; Peter Caruso, One Elm Street, Andover, MA 01810; Peter Caruso, II, One Elm Square, Andover, MA 01810; William and Beverly MacLeod, 8 Wingcrest Circle, Andover, MA 01810; William G. Young, Chief Justice, United States District Court for the District of Massachusetts, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210; Marie Bell, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, MA 02210.

Sarah M. Joss