UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MICHAEL J. DIZACCO,<br><br>    Plaintiff<br><br>vs.<br><br>PETER CARUSO, PETER CARUSO, II,<br>BEVERLY J. MACLEOD, WILLIAM MACLEOD,<br>KEITH E. MCDONOUGH, MARY BRANCO,<br>ALLEN JARASITIS, STEPHEN A. OSTRACH,<br>WILLIAM E. MELAHN, RICHARD A. MORI,<br>BIRAN R. MERRICK, MARK S. COVEN,<br>ROBERT V. GRECO, WILLIAM G. YOUNG,<br>MARIE BELL, THOMAS REILLY and<br>MATTHEW Q, BERGE,<br><br>    Defendants. | C.A. No. 04-CV-10428-RGS |

### AFFIDAVIT OF SARAH M. JOSS, ESQ.
### IN SUPPORT OF MOTION OF DEFENDANTS MCDONOUCH, BRANCO, JARASITIS, OSTRACH, MELAHN, MORI, MERRICK, COVEN, GRECO, REILLY AND BERGE TO DISMISS PLAINTIFF'S COMPLAINT

I, Sarah M. Joss, hereby depose and state:

1. I am an Assistant Attorney General for the Commonwealth of Massachusetts and am counsel for defendants McDonough, Branco, Jarasitis, Ostrach, Melahn, Mori, Merrick, Coven, Greco, Reilly and Berge (collectively, the "Commonwealth Defendants") in this action.

2. In compliance with Rule 7.1(a)(2) of the Local Rules of the United States District Court for the District of Massachusetts, I conferred with Plaintiff concerning the Commonwealth Defendants' Motion to Dismiss.

3. After conferring, Plaintiff and I could not reach agreement nor could we narrow the issues in dispute.

Signed under the pains and penalties of perjury this 12th day of April, 2004.

_____
Sarah M. Joss