UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 APR 20  A 11: 21

CASE NUMBER: 04 10428 RGS

DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Michael J. Dizazzo,<br>    Plaintiff<br><br>V.<br><br>Peter Caruso, Attorney At Law, Peter Caruso II, Attorney At Law, Beverly J. Macleod, William Macleod, Keith E. Mcdonough, Clerk of Lawrence District Court, Mary Branco, Ass't Clerk Lawrence District Court, Allen J. Jarasitis, District Court Judge, William E. Melahn, District Court Judge, Richard J. Mori, District Court, Brian R. Merrick, Presiding Judge Appellate Division, Mark S. Coven, Justice, Appellate Division, Robert V. Greco, Associate Justice Appellate Division, William G. Young, Chief Judge United States District Court, District of Massachusetts, Marie Bell, Docket Clerk to Chief Judge Young, Thomas F. Reilly, Attorney General of Massachusetts, and Matthew Q. Berge, Asst. Attorney General of Massachusetts,<br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANT'S PETER CARUSO AND PETER CARUSO II
## MOTION TO DISMISS

The Defendants, Peter Caruso and Peter Caruso II move for a Court order pursuant to Fed.R.Civ.P. 12(b)(6), dismissing in their favor all counts of the Complaint, and dismissing all such claims. As grounds for this motion, the defendants state:

1. The Complaint fails to plead any facts sufficient to support a claim of perjury.

1

2.    The Complaint fails to plead facts sufficient to support a claim for conspiracy.

3.    The Complaint is barred under the Rooker-Feldman doctrine.

The defendants shall rely upon their Memorandum of Law in Support of their Motion to Dismiss.

Respectfully Submitted
Peter J. Caruso, Esq.
Peter J. Caruso II, Esq.

Dated: April 19, 2004

Peter J. Caruso, Esq. (BBO# 076920)
Caruso & Caruso, LLP
One Elm Square
Andover, MA 01810
Tel. 978 475 2200
Fax 978 475 1001

## CERTIFICATE OF SERVICE

I, Peter J. Caruso, hereby certify that I have this date, April 19, 2004, served the foregoing document upon the plaintiff appearing *pro se*, by mailing a copy first class, postage prepaid to; Michael J. Dizazzo, 29 Russett Hill Road, Haverhill, MA 01830.

Peter J. Caruso