UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZAZZO,
          Plaintiff

V.                                                                 Civil Action No.04-10428-RGS

PETER CARUSO, Attorney at Law,
PETER CARUSO II, Attorney at Law,
BEVERLY J. MacLEOD,
WILLIAM MacLEOD,
KEITH E. McDONOUGH, Clerk of Court, Lawrence
        District Court,
MARY BRANCO, Former asst'Clerk, Lawrence,
ALLEN JARASITIS, District Court Judge,
STEPHEN A. OSTRACH, District Court Judge,
WILLIAM E. MELAHN, District Court Judge,
RICHARD A. MORI, District Court Judge,
BRIAN R. MERRICK, Appellate Court Judge,
MARK S. COVEN, Appellate Court Judge,
ROBERT V. GRECO, Appellate Court Judge,
WILLIAM G. YOUNG, Federal Court Judge, Chief Judge,
MARIE BELL, Docket Clerk to Chief Judge Young,
THOMAS REILLY, Attorney General for the
        Commonwealth of Massachusetts,
MATTHEW Q. BERGE, Asst' Attorney General,
                                  Defendant(s),

**PLAINTIFF'S MOTION TO WITHDRAW**

Now comes the Plaintiff, Michael P. Andrewchuk, pro-se, and moves this

honorable Court to ALLOW his Motion to Withdraw his Motion to amend Civil

Complaint dated April 21,2004 and filed with this Court on April 22,2004, as

reasons for, reviewing the Plaintiff's Motion to amend with amended Complaint,

the Plaintiff moved to ADD additional Defendant Michelle B. Hogan, reviewing the

Amended Complaint, the Plaintiff respectfully forgot to add her name to the front

page of the complaint, under Defendants, directing the Court to the Plaintiff's new Motion to Amend dated April 26,2004, that correction was made. Accordingly, Plaintiff regrets said omission and apologizes for any inconvenience, and the Court ALLOW his Motion to WITHDRAW Motion to Amend Civil Complaint dated April 21,2004.

Signed under the pains and penalties of perjury this 26th day of April, 2004.

Michael J. Dizazzo

Respectfully submitted,
Michael J. Dizazzo,
Plaintiff, pro-se
29 Russett hill Road
Haverhill, Mass. 01830
Tel(978)373-8996