UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZAZZO,
       Plaintiff

V.                                                  Civil Action No.04-10428-RGS

PETER CARUSO, Attorney at Law,
PETER CARUSO II, Attorney at Law,
BEVERLY J. MacLEOD,
WILLIAM MacLEOD,
KEITH E. McDONOUGH, Clerk of Court, Lawrence
      District Court,
MARY BRANCO, Former asst' Clerk, Lawrence,
ALLEN JARASITIS, District Court Judge,
STEPHEN A. OSTRACH, District Court Judge,
WILLIAM E. MELAHN, District Court Judge,
RICHARD A. MORI, District Court Judge,
BRIAN R. MERRICK, Appellate Court Judge,
MARK S. COVEN, Appellate Court Judge,
ROBERT V. GRECO, Appellate Court Judge,
WILLIAM G. YOUNG, Federal Court Judge, Chief Judge,
MARIE BELL, Docket Clerk to Chief Judge Young,
THOMAS REILLY, Attorney General for the
      Commonwealth of Massachusetts,
MATTHEW Q. BERGE, Asst' Attorney General,
                           Defendant(s),

PLAINTIFF'S MOTION TO AMEND
CIVIL COMPLAINT

Now comes the PLAINTIFF, Michael J. Dizazzo, pro-se, and pursuant to Federal Rules of Civil Procedure, moves this honorable Court to ALLOW his Motion to Amend, to AMEND his civil suit, as reasons for, the PLAINTIFF within his original complaint referred to the "wrong person," and did not specify facts where a reasonable person could conclude the conspiracy commenced by Defendants Carusos

and MacLeods, plus the Plaintiff has to add another Defendant, Michelle Hogan,

the PLAINTIFF has made the corrections that will make all parties more knowledgeable

to the PLAINTIFF's allegations and claims, respectfully the PLAINTIFF has attached

a copy of his AMENDED COMPLAINT.

ACCORDINGLY, to guarantee the PLAINTIFF a FAIR TRIAL, the COURT ALLOW

his motion to AMEND CIVIL COMPLAINT.

SIGNED UNDER THE PAINS and PENALTIES OF PERJURY this 21st ᵗ day
Of April, 2004.

Michael J. Dizazzo

Respectfully submitted,

Michael J. Dizazzo,
29 Russett Hill road
Haverhill, Mass. 01830
Tel(978)373-8996