UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZAZZO,
      Plaintiff

V.                                                  Civil Action No.04-10428-RGS

PETER CARUSO, Attorney at Law,
PETER CARUSO II, Attorney at Law,
BEVERLY J. MacLEOD,
WILLIAM MacLEOD,
KEITH E. McDONOUGH, Clerk of Court, Lawrence
        District Court,
MARY BRANCO, Former asst'Clerk, Lawrence,
ALLEN JARASITIS, District Court Judge,
STEPHEN A. OSTRACH, District Court Judge,
WILLIAM E. MELAHN, District Court Judge,
RICHARD A. MORI, District Court Judge,
BRIAN R. MERRICK, Appellate Court Judge,
MARK S. COVEN, Appellate Court Judge,
ROBERT V. GRECO, Appellate Court Judge,
WILLIAM G. YOUNG, Federal Court Judge, Chief Judge,
MARIE BELL, Docket Clerk to Chief Judge Young,
THOMAS REILLY, Attorney General for the
        Commonwealth of Massachusetts,
MATTHEW Q. BERGE, Asst' Attorney General,
                            Defendant(s),

**PLAINTIFF'S MOTION FOR COURT ORDER**

Now comes the Plaintiff, Michael J. Dizazzo, pro-se, and moves this honorable Court To allow his Motion for Court Order to Serve Attorney General, Sarah Joss on behalf of Defendant Mary Branco who is now retired. As reasons for, the Plaintiff just received from the Civil Clerk of the U.S. Marshals, copies of the Process forms dated March 23, 2004, please see attached copies of Defendant Branco being served

in her official and individual capacities as a clerk of the Lawrence Probate Court, that service was not executed, she no longer works there, Her Attorney Asst' attorney general Sarah Joss has already made filings representing her, under fed. Rules, she has not been properly served.

ACCORDINGLY, unless counsel waives service, that the Court issue an ORDER allowing the Plaintiff to serve Ms. Sarah Joss on Defendant Branco's behalf.

Signed under the pains and penalties of perjury this 26th day of April, 2004.

Michael J. Dizazzo

Respectfully submitted,
Michael J. Dizazzo,
Plaintiff, pro-se
29 Russett hill Road
Haverhill, Mass. 01830
Tel(978)373-8996

CERTIFICATE OF SERVICE

I, Michael J. Dizazzo, plaintiff do hereby certify that a true copy of the foregoing document was mailed to asst' Attorney General, Sarah Joss at her usual place of business by first class mail, postage prepaid this 26th day of April, 2004.

Michael J. Dizazzo

U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael J. Dizazzo | 04cv10428RGS |
| DEFENDANT | TYPE OF PROCESS |
| Att. Peter Caruso | complaint & summons |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Keith McDonough for Mary Branco, retired asst' clerk

ADDRESS (Street or RFD., Apartment No., City, State and ZIP Code)

**AT** Lawrence District Courthouse, 2 Appleton St., Lawrence, Mass. 01840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael J. Dizazzo  
29 Russett Hill Road  
Haverhill, Mass. 01830

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 17 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Official Capacity," Mon.-Fri. 8:00 a.m.-5p.m. tel(978)687-7184

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
TELEPHONE NUMBER: (978)373-8996  
DATE: 3/15/04.

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/22/0 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)  
Date of Service    Time    am / pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | | | | | | |

REMARKS: 3-23 04 - NO LONGER WORKS AT ABOVE ADDRESS RETURN UNEXECUTED. WAS NOT ASST CLERK  
MR MCDONOUGH DECLINED TO ACCEPT SERVICE WAS A SECRETARY  
NOTE

PRIOR EDITIONS MAY BE USED    3. NOTICE OF SERVICE    FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Michael J. Dizazzo | 04cv10428RGS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Att. Peter Caruso | in-hand |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Keith McDonough for Mary Branco, asst. Clerk, retired.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Lawrence District Courthouse, 2 Appleton St., Lawrence, Mass. 01840

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael J. Dizazzo
29 Russett Hill Road
Lawrence, Mass. 01840

Number of process to be served with this Form-285: 1
Number of parties to be served in this case: 17
Check for service on U.S.A. xx

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

"Individual Capacity,"

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (978) 373-8996
DATE: 3/15/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 3/24/04 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in Remarks, the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service   Time   am/pm

Signature of U.S. Marshal or Deputy

| Service Fee 45 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
3-23-04 - NO LONGER WORKS AT ABOVE ADDRESS.
RETURN UNEXECUTED  WAS NOT ASST CLERK
MR MCDONOUGH DECLINED TO  WAS A SECRETARY
ACCEPT SERVICE

PRIOR EDITIONS MAY BE USED        3. NOTICE OF SERVICE        FORM USM-285 (Rev. 12/15/80)