**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>MICHAEL J. DIZAZZO | COURT CASE NUMBER<br>04cv10428RGS |
| DEFENDANT<br>ATTORNEY PETER CARUSO | TYPE OF PROCESS<br>complaint & summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BEVERLY MacLEOD

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8 Wingcrest Circle, Methuen, Mass. 01810

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL J. DIZAZZO
29 RUSSETT HILL ROAD
HAVERHILL, MASS. 01830

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 17 |
| Check for service on U.S.A. | xx |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

MON. - FRI. 9:00a.m. - 5p.m.

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (978) 373-8996
DATE: 3/15/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | | 3/19/04 |

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

REMARKS:
3-22-04. CANNOT LOCATE WINGCREST CIRCLE. NO LISTING IN MAP BOOK, MAPQUEST. METHUEN FIRE DEPT HAD NO INFO ON ABOVE ADDRESS. RETURN UNEXECUTED

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|