UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MICHAEL J. DIZAZZO, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-10428-RGS |
| PETER CARUSO, ET AL., | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS BY THE TWO FEDERAL DEFENDANTS

Defendants William G. Young, Chief Judge of the United States District Court for the District of Massachusetts, and Marie Bell, docket clerk for Chief Judge Young (collectively, the federal defendants), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby move to dismiss with prejudice the two counts in plaintiff's Complaint against them. As set forth more fully in the accompanying Memorandum, the claims against the federal defendants cannot stand because the acts complained of were taken in Chief Judge Young's judicial capacity and so he is absolutely immune from suit for money damages, and Ms. Bell is entitled to quasi-judicial absolute immunity because the acts she is alleged to have taken – the making of allegedly false docket entries – were allegedly done at the Chief Judge's direction.

WHEREFORE the Court should grant this Motion to dismiss and order that the two

1

counts (Count Four and Count Five) against the federal defendants be dismissed with prejudice.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Barbara Healy Smith
        Barbara Healy Smith
        Assistant U.S. Attorney
        U.S. Attorney's Office
        One Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100

**CERTIFICATE OF SERVICE**

This is to certify that I have this 20th day of May, 2004, served upon the following persons a copy of the foregoing Motion to Dismiss by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery: Michael J. Dizazzo, 29 Russett Hill Road, Haverhill, MA 01830; Peter J. Caruso, Caruso & Caruso, LLP, One Elm Square, Andover, MA 01810; Sarah M. Joss, Attorney's General's Office, 200 Portland Street, 3rd Floor, Boston, MA 02114.

        /s/ Barbara Healy Smith
        Barbara Healy Smith
        Assistant United States Attorney

**LOCAL RULE 7.1(A)(2) CERTIFICATION OF COMPLIANCE**

The undersigned counsel certifies that pursuant to the requirements of Local Rule 7.1(A)(2), on May 13, 2004, I forwarded a draft of the within Motion to the *pro se* plaintiff, Mr. Michael J. Dizazzo, with a letter explaining the grounds for this motion and stating that if he wished to voluntarily dismiss the two Counts against the federal defendants he could forward a Notice of Dismissal to the District Court Clerk, but that if he did not dismiss, I would move for dismissal on May 20, 2004. As of this date, plaintiff has not voluntarily dismissed.

        /s/ Barbara Healy Smith
May 20, 2004        Barbara Healy Smith
        Assistant United States Attorney