UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZAZZO,
          Plaintiff

V.                                      Civil Action No.04-10428-RGS

PETER CARUSO, Attorney at Law,
PETER CARUSO II, Attorney at Law,
BEVERLY J. MacLEOD,
WILLIAM MacLEOD,
KEITH E. McDONOUGH, Clerk of Court, Lawrence
        District Court,
MARY BRANCO, Former asst'Clerk, Lawrence,
ALLEN JARASITIS, District Court Judge,
STEPHEN A. OSTRACH, District Court Judge,
WILLIAM E. MELAHN, District Court Judge,
RICHARD A. MORI, District Court Judge,
BRIAN R. MERRICK, Appellate Court Judge,
MARK S. COVEN, Appellate Court Judge,
ROBERT V. GRECO, Appellate Court Judge,
WILLIAM G. YOUNG, Federal Court Judge, Chief Judge,
MARIE BELL, Docket Clerk to Chief Judge Young,
THOMAS REILLY, Attorney General for the
        Commonwealth of Massachusetts,
MATTHEW Q. BERGE, Asst' Attorney General,
                          Defendant(s),

PLAINTIFF'S MOTION TO STAY
CIVIL COMPLAINT

Now comes the PLAINTIFF, Michael J. Dizazzo, pro-se, and pursuant to

Federal Rules of Civil Procedure, moves this honorable Court to ALLOW his Motion

to STAY, to STAY his civil suit, as reasons for, the PLAINTIFF after exhausting his required

remedies where upon discovering "criminal misconduct" by a docket clerk, "defendant Bell"

and a Federal Judge, "defendant Young," filed complaints with the proper offices, against clerk

Bell with Operations manager, Virginia Hurley, please see attached copy of her letter

dated January 22, 2002, re: complaint of misconduct, she states that the record was corrected but regarding other concerns, she is referring to the 10 false entries that Ms. Bell made on the docket entries, she states that the Plaintiff may bring those grievances to Judge Young, what a farce this game is, and the Judicial Council issue their order regarding complaint no. 319, against Chief Judge Young, (defendant), please see copy of their order dated April 29,2002, which is respectfully attached, "nice smoke screen," they very cautiously admit the docket entries

have been "altered," but no evidence that Judge young was involved, how is this for a contradiction, look back to what Ms. Hurley states in her letter, what a sick game.

    The Plaintiff not to be deterred, reviewing the new rules regarding complaints against Judges enacted in October of 1999,   28 U.S.C. $ 372 (c) (11), the complaintant is guaranteed the right to file a criminal complaint, which he timely filed on May 20,2002, months go by, no word from anyone, then the Plaintiff is directed to forward a copy of his criminal complaint to the Public Integrity Section in Washington, D.C., why, they have complete and exclusive jurisdiction regarding criminal complaints that involve federal judges.  The Plaintiff to say the least, when you review his criminal complaint, you do not have to be a "rocket scientist" to conclude what defendants Young, Bell, Reilly, and his assistant Berge did, but the Public Integrity Section are trying to play cover-up, please see copy of his letter to the Section Chief of the Public Integrity Section, dated May 14,2004, with attachements, please enjoy the reading, of course the Plaintiff has not received a final disposition letter from them regarding his criminal complaint, Due process rights.

The Plaintiff would be remiss, if this motion is DENIED, the plaintiff reserves the right to have fourteen (14) days to file opposition to Defendants Young and Bell's motion to dismiss dated  May 20,2004.

ACCORDINGLY, THE Plaintiff'S Motion to Stay must be ALLOWED pending the disposition of his criminal complaint pending with the Boston F.B.I. and the Public Integrity Section.

SIGNED UNDER THE PAINS and PENALTIES OF PERJURY this 26 th day Of May, 2004.

Michael J. Dizazzo

Respectfully submitted,

Michael J. Dizazzo,
       Plaintiff, pro-se
29 Russett Hill road
Haverhill, Mass. 01830
Tel(978)373-8996

CERTIFICATE OF SERVICE

I, Michael J. Dizazzo, plaintiff, do hereby certify that a true copy of the foregoing document was mailed to the following counsels of record, or other relevant parties by either first class mail, or certified mail, postage prepaid this 26th day of May, 2004:

Barbara Healy Smith
Asst' U.S. attorney
U.S. Attorney's Office
One Courthouse Way, suite 9200
Boston, Mass. 02210

Sarah M. Joss
Asst' attorney General
Trial Division
200 Portland Street, 3rd floor
Boston, Mass. 02114

Peter Caruso, Esq.
Caruso & Caruso, Law offices
One Elm square
Andover, Mass. 01810

Beverly and/or William Macleod
8 Wyncrest Circle
Andover, Massachusetts 01810

Section Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice
950 Pennsylvania Ave.
N.W. Washington, D.C. 20530

Michael J. Dizazzo