UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL J. DIZAZZO,
        Plaintiff

V.                              Civil Action No.04-10428-RGS

PETER CARUSO, Attorney at Law,
PETER CARUSO II, Attorney at Law,
BEVERLY J. MacLEOD,
WILLIAM MacLEOD,
KEITH E. McDONOUGH, Clerk of Court, Lawrence
       District Court,
MARY BRANCO, Former asst'Clerk, Lawrence,
ALLEN JARASITIS, District Court Judge,
STEPHEN A. OSTRACH, District Court Judge,
WILLIAM E. MELAHN, District Court Judge,
RICHARD A. MORI, District Court Judge,
BRIAN R. MERRICK, Appellate Court Judge,
MARK S. COVEN, Appellate Court Judge,
ROBERT V. GRECO, Appellate Court Judge,
WILLIAM G. YOUNG, Federal Court Judge, Chief Judge,
MARIE BELL, Docket Clerk to Chief Judge Young,
THOMAS REILLY, Attorney General for the
       Commonwealth of Massachusetts,
MATTHEW Q. BERGE, Asst' Attorney General,
                        Defendant(s),

## COUNTER-CLAIM DEFENDANT'S ANSWER

The Counter-Claim Defendant, Michael J. Dizazzo, moves this honorable to accept his Answer to Counter-Claim Plaintiffs's Beverly J. MacLeod and William S. MacLeod frivolous counter-claim.

### FIRST COUNTERCLAIM

    1. AGREE

2. AGREE

3. DENIED

4. All defendants were part.

5. Agree

6. Agree

7. Agree

8. Agree

9. Denied

10. Denied

11. Denied

12. Denied (laughable)

13. Agree

14. Agree (compelling evidence)

15. Denied

16. Denied

17. Denied (laughable)

18. Denied (Thank God for 1983 civil rights suits)

19. DENIED

20. Denied

21. Denied (there has to be a price to pay for case-fixing).

WHEREFORE, the Counter-Claim Defendant Demands judgment for the Defendant.

## SECOND COUNTERCLAIM

22. Denied

23. Agree

24. Denied, (lost of time and liberty)

25. Denied

26. So retain counsel, you need it.

WHEREFORE, the Counter-Claim Defendant demands judgment for the defendant.

### THIRD COUNTERCLAIM

27. DENIED

28. Denied

29. Denied

30. Denied

WHEREFORE, the Counter-Claim Defendant demands judgment for the defendant.

### FOURTH COUNTER-CLAIM

31. Denied

32. Denied (that's laughable, Dizazzo is "loaded with evidence)

33. Denied

34. Denied

35. Denied

36. Denied

37. Denied

38. Denied

39. Denied

WHEREFORE, the Counter-Claim Defendant demands judgment for the defendant.

SIGNED UNDER THE PAINS and PENALTIES OF PERJURY this 26 th ᵗ day Of MAY, 2004.

*Michael J. Dizazzo*

Respectfully submitted,

*Michael J. Dizazzo,*
    Counter-claim defendant, pro-se
29 Russett Hill road
Haverhill, Mass. 01830
Tel(978)373-8996

## CERTIFICATE OF SERVICE

I, Michael J. Dizazzo, counter-claim defendant, pro-se, do hereby certify that a true copy of the foregoing document was mailed by first class mail, postage prepaid to the residence of Beverly and/or William Macleod this 26th day of May, 2004.

*Michael J. Dizazzo*