UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**MICHAEL J. DIZAZZO**

    **V.**                                **CIVIL ACTION NO. 04-10428-RGS**

**PETER CARUSO, ET AL**

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                        **JUNE 8, 2004**

IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ON MOTION TO DISMISS ENTERED ON JUNE 7, 2004,

IT IS HEREBY ORDERED:  THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH  PREJUDICE.

SO ORDERED.

                                                            RICHARD G. STEARNS  
                                                            UNITED STATES DISTRICT JUDGE

        **BY:**

                    **/s/ Deputy Clerk**