UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

**MICHAEL J. DIZAZZO,**
            Plaintiff

V.                            Civil Action No.04-10428-RGS

**PETER CARUSO**, Attorney at Law,
**PETER CARUSO II**, Attorney at Law,
**BEVERLY J. MacLEOD**,
**WILLIAM MacLEOD**,
**KEITH E. McDONOUGH**, Clerk of Court, Lawrence
       District Court,
**MARY BRANCO**, Former asst'Clerk, Lawrence,
**ALLEN JARASITIS**, District Court Judge,
**STEPHEN A. OSTRACH**, District Court Judge,
**WILLIAM E. MELAHN**, District Court Judge,
**RICHARD A. MORI**, District Court Judge,
**BRIAN R. MERRICK**, Appellate Court Judge,
**MARK S. COVEN**, Appellate Court Judge,
**ROBERT V. GRECO**, Appellate Court Judge,
**WILLIAM G. YOUNG**, Federal Court Judge, Chief Judge,
**MARIE BELL**, Docket Clerk to Chief Judge Young,
**THOMAS REILLY**, Attorney General for the
       Commonwealth of Massachusetts,
**MATTHEW Q. BERGE**, Asst' Attorney General,
                         Defendant(s),

### PLAINTIFF'S MOTION TO AMEND
### CIVIL COMPLAINT

Now comes the PLAINTIFF, Michael J. Dizazzo, pro-se, and pursuant to Federal Rules of Civil Procedure, moves this honorable Court to ALLOW his Motion to Amend his civil suit, as reasons for, the PLAINTIFF after receiving the Court's Order of Dismissal dated June 8, 2004, and Memorandum dated June 7, 2004, became aware that in filing his Motion to Amend with amended Complaint dated April 27, 2004 that he uninten-

ionally did not comply with FED. Rule 7 (a) in notifying all the defendants first, the Plaintiff apologizes for the error, he also knows that by not complying with federal rules, the Plaintiff knows that his earlier filing of his Amended complaint was invalid, this filing was made according to Fed. Rule 7(a), and the Plaintiff has attached his amended complaint dated same day.

ACCORDINGLY, upon reviewing the aforementioned reasons, and in protecting the Plaintiff's constitutional rights to a Fair Trial, the Court must ALLOW his motion to amend.

Signed under the pains and penalties of perjury this 17th day of June, 2004.

_____
Michael J. Dizazzo

Respectfully submitted,

Michael J. Dizazzo,
Plaintiff, pro-se
29 Russett hill road
Haverhill, Mass. 01830
Tel(978)373-8996