UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 17  A 10: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

MICHAEL J. DIZAZZO,     )
        Plaintiff

                        )
V.

PETER CARUSO ESQ. ET AL.,   )
        Defendant(s)
                        )

**AFFIDAVIT OF COMPLIANCE BY PLAINTIFF**

I, Michael J. Dizazzo, plaintiff, pro-se, hereby depose and state:

1. On Monday, June 14, 2004, the Plaintiff attempted to contact, Asst' U.. Attorney Ms. Healy Smith at 3:52 p.m., left message that the Plaintiff Was filing the aforementioned Motions.

2. On Monday, June 14, 2004 at approximately 3:54 p.m., plaintiff attempted To contact Asst' Attorney General Ms. Joss, left message that the Plaintiff Was filing the aforementioned two motions.

3. On Monday, June 14, 2004, at approximately 3:56 p.m., the Plaintiff Attempted to contact Att. Peter Caruso, left message that Plaintiff would be Filing the two aforementioned motions.

4. The plaintiff on Monday, June 14, 2004, call and discuss with Mr. MacLeod The two aforementioned motions, could not narrow the issues.

Signed under the pains and penalties of perjury this 17th day of June, 2004.

_____
Michael J. Dizazzo

## CERTIFICATE OF SERVICE

      I, Michael J. Dizazzo, plaintiff, pro-se, do hereby certify that true copies of the foregoing documents were mailed by first class mail, postage prepaid this 17th day of June, 2004, to the following interested parties:

      Attorney Peter Caruso
      Caruso & Caruso Law Offices
      One elm square
      Andover, Mass. 01810

      Beverly and/or William MacLeod
      8 Wyncrest Circle
      Andover, Mass. 01810

      Barbara Healy Smith,
      Asst' U.S. attorney
      United States attorney's Office
      John Joseph Moakley Federal courthouse
      1 Courthouse way, suite 9200
      Boston, Massachusetts 02210

      Sarah M. Joss
      Asst' attorney General
      Trial Division
      200 Portland Street, 3rd floor
      Boston, Massachusetts   02114

                                              _____
                                              Michael J. Dizazzo